**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON APPELLANT'S**
**MOTION FOR REHEARING**

Appellate case name:    Mary Hernandez, Individually and as Personal Representative of the Estate of Joseph Hernandez, Deceased, Carlos Cruz Hernandez, and Jose Cruz Hernandez,

v.

Kroger Texas, L.P.

Appellate case number:    01-15-00836-CV

Trial court case number:    74064

Trial court:    149th District Court, Brazoria County, Texas

Date motion filed:    May 5, 2017

The motion for rehearing is **DENIED.**

Judge's signature: /s/ Michael Massengale
                    Justice Michael Massengale, acting for the panel

Panel consists of Justices Massengale, Brown, and Huddle.

Date:  May 18, 2017